**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:09-cv-01635-RPM

THOMAS MUZYDLA,

    Plaintiff,

v.

LINCOLN FINANCIAL GROUP d/b/a
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

    Defendant.

## DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Now comes Defendant, The Lincoln National Life Insurance Company ("Lincoln"), by and through undersigned counsel, and for its Answer to Plaintiff's Complaint, states as follows:

### GENERAL ALLEGATIONS

1. Paragraph 1 is admitted for jurisdictional purposes only.

2. Paragraph 2 is admitted for jurisdictional purposes only.

3. With regard to Paragraph 3, Lincoln states venue is proper in this Court.

4. Admitted that Plaintiff was a participant in an employee welfare benefit plan that offered coverage under a long term disability plan issued by Lincoln. The remainder of Paragraph 4 is denied.

5. Admitted that Plaintiff received benefits. The remainder of Paragraph 5 is denied for want of knowledge.

6. Admitted that benefit payments were terminated. The remainder of Paragraph 6 is denied.

7. Admitted that documentation from Plaintiff's treating physician was reviewed. Denied that a work capacity form was the sole basis for the benefits determination.

8. With regard to Paragraph 8, Lincoln states that any document referenced by Plaintiff speaks for itself.

9. Admitted that Lincoln reviewed all relevant evidence, including documents from Plaintiff's physicians, and that Plaintiff's benefit payments were terminated. The remainder of Paragraph 9 is denied for want of knowledge.

10. Admitted that Plaintiff appealed the benefits decision. The remainder of Paragraph 10 is denied.

11. Denied.

12. Admitted that Plaintiff has exhausted his administrative remedies. The remainder of Paragraph 12 is denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to present a claim under the Employee Retirement Income Security Act of 1974 ("ERISA") upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

Each and every claim asserted by Plaintiff is preempted by ERISA.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to a jury trial.

### FIFTH AFFIRMATIVE DEFENSE

The relationship between Plaintiff and Lincoln is governed by a plan of insurance. Lincoln has fulfilled all duties and obligations thereunder.

### SIXTH AFFIRMATIVE DEFENSE

The decision of the claims administrator denying Plaintiff's claim for benefits was not arbitrary and capricious.

### SEVENTH AFFIRMATIVE DEFENSE

The decision of the claims administrator denying Plaintiff's claim for benefits was correct.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to extra-contractual damages.

## NINTH AFFIRMATIVE DEFENSE

Lincoln reserves the right to assert additional defenses as they become known in the course of this litigation.

WHEREFORE, having answered Plaintiff's Complaint, Lincoln moves the Court to dismiss the Complaint, grant judgment in its favor, and award it the cost of defending this action, including a reasonable attorney's fee pursuant to 29 U.S.C. § 1132(g).

Respectfully submitted,

*/s/ Adam J. Hubble*
Adam J. Hubble
555 Metro Place North
Suite 225
Dublin, Ohio 43017
Phone  614.761.6666
Fax      614.799.2370
adam@ajhubblelaw.com

and

*/s/ James Baird*
James Baird (0032554)
Lookout Mountain Legal LLC
722 Washington Avenue
No. 203
Golden, Colorado 80401
Phone  720.497.8300
Fax      720.294.1307
james_baird@mac.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2009 the foregoing was electronically filed. Notice of this filing will be sent to all parties listed below through by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Adam J. Hubble
*Attorneys for Defendant*

James H. Guest
475 Seventeenth Street
Suite 960
Denver, CO 80202

Richard M. Kaudy
1415 Larimer Street
Suite 300
Denver, CO 80202
*Attorneys for Plaintiff*