IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01635-RPM

THOMAS MUZYDLA,

    Plaintiff,

v.

LINCOLN FINANCIAL GROUP a/k/a
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

    Defendant.

## ORDER FOR DISMISSAL

Pursuant to the Stipulation of Dismissal with Prejudice [15], filed on February 5, 2010, it is

ORDERED that this case is dismissed with prejudice, each party to bear their own costs and fees.

Dated: February 8th, 2010

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge